IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

BRYAN KNIGHT            PLAINTIFF

V.        CASE NO. 3:15-CV-3105

SHERIFF MIKE MOORE; JAIL
ADMINISTRATOR JASON DAY;
and TURNKEY CORRECTIONS            DEFENDANTS

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 59) filed in this case on January 12, 2017, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation as to Separate Defendants Sheriff Mike Moore and Jail Administrator Jason Day's Motions for Summary Judgment (Docs. 41 and 45) is **GRANTED**; as to Separate Defendant Turnkey Corrections' Motion to Dismiss is **DENIED AS MOOT**; and Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED on this 13th day of February, 2017.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE